UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Ricaela Dulcine

**17CV4835**

_____
Write the full name of each plaintiff.

_____CV_____
(Include case number if one has been assigned)

-against-

HANSON, Richard Tax 954916 Shield 20214

Kevin, Donahoe, Tax 954746, 10307 2n..d

NYPD

**COMPLAINT**

Do you want a jury trial?
☒ Yes   ☐ No

_____
Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.

---

### NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

I. BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☒ Federal Question

☐ Diversity of Citizenship

A. If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

USC 1983
_____
_____
_____

B. If you checked Diversity of Citizenship

1. Citizenship of the parties

Of what State is each party a citizen?

The plaintiff, _____, is a citizen of the State of
            (Plaintiff's name)

_____
(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____.

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

If the defendant is an individual:

The defendant, _____, is a citizen of the State of
(Defendant's name)

_____

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____.

If the defendant is a corporation:

The defendant, _____, is incorporated under the laws of

the State of _____

and has its principal place of business in the State of _____

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in _____.

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.

## II. PARTIES

### A. Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

Ricardo | | Dolcine
--- | --- | ---
First Name | Middle Initial | Last Name

5555 Lenox Ave Apt 26
Street Address

New York | NY | 10037
--- | --- | ---
County, City | State | Zip Code

(917) 636-0524 | Ricardo.Dolcine@yahoo.com
--- | ---
Telephone Number | Email Address (if available)

Page 3

## B. Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1: Richard Hobson
First Name    Last Name

Police Officer Shield 20219
Current Job Title (or other identifying information)

One Police Plaza
Current Work Address (or other address where defendant may be served)

New York    NY
County, City    State    Zip Code

Defendant 2: Kevin Donohue
First Name    Last Name

Police Officer Shield 10307
Current Job Title (or other identifying information)

One Police Plaza
Current Work Address (or other address where defendant may be served)

New York    NY
County, City    State    Zip Code

Defendant 3:
First Name    Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City    State    Zip Code

Defendant 4: _____
             First Name            Last Name

_____
Current Job Title (or other identifying information)

_____
Current Work Address (or other address where defendant may be served)

_____
County, City          State          Zip Code

### III. STATEMENT OF CLAIM

Place(s) of occurrence: 145 Street & Lenox Ave New York NY

Date(s) of occurrence: On or Around 20 Feb 2016

### FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

(1) On or Around 20th of Feb 2016, I was Driving My Range Rover obeying all Rules & Regulation of all Traffic Laws. I am an African American Male.

(2) Officer (Tsug16) Hanson & Donohoe Tax#717196 Pull me over Because of My Skin Color and the Vehicle I was Driving

(3) Upon Further Conversation, The Officers Admitted to Not have Been Trained By the NYPD on How to operate A tint Meter Reader. The officer also Admit to not having a tint Meter device Present during the Stop.

(4) During the Course of The — The Officers Verbally Abused me and Cursed at Me in Front of My two Small Children who were sitting in the Rear Seat of Vehicle.

(5) After A Below Stop The two Officers Let Me go with out a Summons.

## INJURIES:

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

Emotional Stress, Having to Shield my Young Children from Hearing Such vile language from Police Officer in Uniform was Devastating. Today My Children Are Still Speaking about it. Negative Impact on the Development of My Career

## IV. RELIEF

State briefly what money damages or other relief you want the court to order.

Back Pay, Have my Record with the New York City Police Department Cleared. I am Currently a Police officer in the NYPD.

## V. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

_June 26, 2017_
Dated

_[signature]_
Plaintiff's Signature

_Priscella_
First Name

Middle Initial

_Solivan_
Last Name

_355 Kenmore Ave 26_
Street Address

_New York_
County, City

_NY_
State

_10034_
Zip Code

_(917) 536-0524_
Telephone Number

_Priscella.solivan@yahoo.c_
Email Address (if available)

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☐ Yes   ☐ No

If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.

Pro-Se Office
US District Court
SD-NY From
500 Pearl St
New York NY 10001

Ricardo Policani
555 Lenox Av Apt 26
New York NY 10037

USDC SDNY
RECEIVED
SDNY DOCKET UNIT
2017 JUN 27 AM 10:34