UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

RICARDO DOLCINE,

                        Plaintiff,

-against-

CITY OF NEW YORK; Police Officer RICHARD HANSON; Police Officer KERIN DONOHUE; Sergeant TOMEKA RUFFIN; Police Officer CHRISTOPHER DERENZE; and JOHN and JANE DOE 1 through 10,

                        Defendants.
------------------------------------------------------------------------X

**DEFENDANTS HANSON, DONOHUE, RUFFIN, AND DERENZE'S NOTICE OF MOTION TO PARTIALLY DISMISS THE FIRST AMENDED COMPLAINT**

17-CV-4835 (RWS)

**PLEASE TAKE NOTICE** that upon the Memorandum of Law in Support of Defendants Hanson, Donahue, Ruffin, and Derenze's Motion to Partially Dismiss the First Amended Complaint, dated July 27, 2018; the Declaration of John Corbin Carter, dated July 27, 2018; and upon all the papers and proceedings previously had herein, Defendants Hanson, Donahue, Ruffin, and Derenze (collectively "Represented Defendants") will move this Court at the United States Courthouse for the Southern District of New York, 40 Foley Square, New York, New York, 10007, before the Honorable Robert W. Sweet, United States District Judge, at a time and date to be designated by the Court, for an order and judgment, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, dismissing the First Amended Complaint on the grounds that plaintiff fails to state a plausible claim, and granting Represented Defendants costs, fees, and disbursements together with such other and further relief at the Court may deem just and proper.

**PLEASE TAKE FURTHER NOTICE** that, that pursuant to Local Rule 6.1(b) and 6.(4), any papers in opposition to Represented Defendants' Motion to Dismiss are to be served no later than August 10, 2018.

Dated:   New York, New York
         July 27, 2018

                                        **ZACHARY W. CARTER**
                                        Corporation Counsel of the
                                          City of New York
                                        *Attorney for Defendants Hanson,*
                                        *Donahue, Ruffin, and Derenze*
                                        100 Church Street, Room 2-102
                                        New York, New York 10007
                                        (212) 356-2078
                                        jocarter@law.nyc.gov

                                By:          /s/
                                        John Corbin Carter
                                        Assistant Corporation Counsel


TO:   HARVIS & FETT LLP
      Attorneys for Plaintiff
      Attn: Gabriel P. Harvis, Baree Nichole Fett
      305 Broadway, 14th Floor
      New York, NY 10007
      (By ECF)