```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/16/2019
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
RICARDO DOLCINE,                                            :
                                   Plaintiff,      :
                                                   :
                    -against-                         :      17-CV-4835 (VEC)
                                                   :
RICHARD HANSON, *shield no. 20219*;                          :      ORDER
KERIN DONOHUE, *shield no. 10307*;                           :
SERGEANT TOMEKA RUFFIN, *shield no.*                         :
*14421*; POLICE OFFICER CHRISTOPHER                          :
DERENZE; and DOES 1-10;                                      :
                                                   :
                                   Defendants.    :
------------------------------------------------------------ X

VALERIE CAPRONI, District Judge:

       WHEREAS this case has been reassigned to the undersigned; and

       WHEREAS Defendants Hanson, Donohue, Ruffin, and Derenze have moved, *see* Dkts. 37-39, to partially dismiss Plaintiff's First Amended Complaint, *see* Dkt. 24; and

       WHEREAS Plaintiff has voluntarily withdrawn his *Monell* claim, *see* Dkt. 50 at 13,

       IT IS HEREBY ORDERED that Plaintiff's *Monell* claim is dismissed with prejudice. The Court reserves decision on whether Defendants' motion will be granted as to any of Plaintiff's other claims.

       IT IS FURTHER ORDERED that the parties must appear for a status conference and oral argument on Defendants' motion to dismiss on **May 20, 2019, at 2 p.m.**  The Court anticipates setting a discovery schedule at the conference.

       IT IS FURTHER ORDERED that no later than **May 3, 2019**, the parties must submit a joint letter including the following information in separate paragraphs:

       (1) a brief description of the case, including the factual and legal bases for the claim(s) and defense(s);

(2) a statement of all existing deadlines, due dates, and/or cut-off dates;

(3) the basis for subject-matter jurisdiction;

(4) a brief description of any outstanding motions and a statement of whether any party anticipates filing a motion for summary judgment or a motion to exclude expert testimony;

(5) a statement of the anticipated length of trial and whether the case is to be tried to a jury; and

(6) the prospect for settlement.

The parties must append to their letter a **jointly proposed case-management plan**, a template for which may be found on the Court's website: http://www.nysd.uscourts.gov/judge/Caproni.

The Clerk of Court is respectfully directed to terminate the City of New York as a Defendant and interested party.

**SO ORDERED.**

**Date:  April 16, 2019**
**New York, NY**

_____
**VALERIE CAPRONI**
**United States District Judge**