

eeplaw.com
80 Pine Street, 38th Floor
New York, New York 10005
T. 212.532.1116 F. 212.532.1176

New Jersey Office
576 Main Street, Suite C
Chatham, New Jersey 07928

JOHN ELEFTERAKIS*
NICHOLAS ELEFTERAKIS
RAYMOND PANEK

OLIVER R. TOBIAS
JEFFREY B. BROMFELD
JORDAN JODRÉ*
FAIZAN GHAZNAVI
GABRIEL P. HARVIS
BAREE N. FETT

KRISTEN PERRY – CONIGLIARO
AIKA DANAYEVA
ARIANA ELEFTERAKIS
MICHAEL INDELICATO
STEPHEN KAHN
EVAN M. LA PENNA
DOMINICK MINGIONE
JOSEPH PERRY
MARIE LOUISE PRIOLO *
KEYONTE SUTHERLAND

*Also Admitted In New Jersey

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  7/12/2019
```

July 12, 2019

**BY ECF**
Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007



Re: *Dolcine v. Hanson, et al.*, 17 CV 4835 (VEC) (JLC)

Your Honor:

I represent plaintiff in the above-referenced action. I write to respectfully request a brief adjournment of plaintiff's time to file his second amended complaint from July 19, 2019 to July 26, 2019, along with a concomitant adjournment of defendants' time to answer from August 9, 2019 to August 16, 2019. Due to scheduling conflicts, counsel for plaintiff will not be able to draft and file the second amended complaint by the current filing deadline. Defendants consent to this request. This is the first application for an extension of this deadline.

Accordingly, plaintiff respectfully requests that the deadline to file the second amended complaint be adjourned until July 26, 2019, and the time to answer be extended to August 16, 2019. Thank you for your consideration of this request.

Respectfully submitted,

Baree N. Fett

cc: All Counsel

Application GRANTED.

SO ORDERED.

*Valerie Caproni*  7/12/2019

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE