UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
┌─────────────────────────────────┐
│ USDC SDNY                        │
│ DOCUMENT                         │
│ ELECTRONICALLY FILED             │
│ DOC #:_____           │
│ DATE FILED:__1/2/2020__          │
└─────────────────────────────────┘
```

------------------------------------------------------- X

RICARDO DOLCINE,

                  Plaintiff,

      -against-

RICHARD HANSON, *shield no. 20219*;
KERIN DONOHUE, *shield no. 10307*;
SERGEANT TOMEKA RUFFIN, *shield no.
14421*; POLICE OFFICER CHRISTOPHER
DERENZE; and DOES 1-10;

                 Defendants. :

------------------------------------------------------- X

17-CV-4835 (VEC)

ORDER OF REFERENCE
TO A MAGISTRATE
JUDGE

      IT IS HEREBY ORDERED that the above entitled action is referred to Magistrate Judge

Cott for settlement.

      IT IS FURTHER ORDERED that the conference scheduled for January 3, 2020, is

adjourned *sine die* pending completion of settlement discussions. The parties must update the

undersigned by joint letter no later than **February 28, 2020**, if they have not settled.

      The Clerk of Court is respectfully directed to close the open motion on Dkt. 76.


**SO ORDERED.**

Date: **January 2, 2020**
      **New York, NY**

                              _____
                                **VALERIE CAPRONI**
                            **United States District Judge**