

eeplaw.com

80 Pine Street, 38th Floor
New York, New York 10005
T. 212.532.1116 F. 212.532.1176

New Jersey Office
576 Main Street, Suite C
Chatham, New Jersey 07928

JOHN ELEFTERAKIS*
NICHOLAS ELEFTERAKIS
RAYMOND PANEK

OLIVER R. TOBIAS
JEFFREY B. BROMFELD
FAIZAN GHAZNAVI
GABRIEL P. HARVIS
BAREE N. FETT
STEPHEN KAHN
EVAN M. LA PENNA

KRISTEN PERRY – CONIGLIARO
AIKA DANAYEVA
ARIANA ELEFTERAKIS
MICHAEL INDELICATO
MICHAEL MARRON
DOMINICK MINGIONE
MARK NEWMAN
AGGELIKI E. NIKOLAIDIS
JOSEPH PERRY
MARIE LOUISE PRIOLO *
KEYONTE SUTHERLAND
WAYNE WATTLEY

*Also Admitted In New Jersey

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/3/2020

March 2, 2020

**BY ECF**
Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re: *Dolcine v. Hanson, et al.*, 17 CV 4835 (VEC) (JLC)

Your Honor:

I represent plaintiff in the above-referenced action. I write, with defendants' consent, to respectfully request an adjournment of the status conference scheduled for March 6, 2020. The proposed adjournment is requested because the undersigned has a previously scheduled conference in the Eastern District of New York, Central Islip courthouse, before the Honorable Magistrate A. Kathleen Tomlinson, in the wrongful conviction matter of *Jackson v. Nassau County, et al.*, 18 CV 3007 (JS) (AKT).

If it should please the Court, I have conferred with defense counsel, and the parties are available for a status conference on March 9, 2020 or the morning of March 10, 2020. This is plaintiff's first request for an adjournment of the March 6th status conference.

Thank you for your consideration of this request.

Respectfully submitted,

Baree N. Fett

cc: All Counsel

Application GRANTED.

The conference is ADJOURNED to **March 13, 2020, at 10:00 a.m.**

SO ORDERED.

*Valerie Caproni*   3/3/2020

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE