```
UNITED STATES DISTRICT COURT                              USDC SDNY
SOUTHERN DISTRICT OF NEW YORK                             DOCUMENT
                                                          ELECTRONICALLY FILED
                                                          DOC #:
                                                          DATE FILED: 3/11/2020
```

------------------------------------------------------------ X
RICARDO DOLCINE,                                :
                Plaintiff,    :
                               :
      -against-                 :         17-CV-4835 (VEC)
                               :
RICHARD HANSON, *shield no. 20219*;             :         ORDER
KERIN DONOHUE, *shield no. 10307*;              :
SERGEANT TOMEKA RUFFIN, *shield no.*            :
*14421*; POLICE OFFICER CHRISTOPHER             :
DERENZE; and DOES 1-10;                         :
                               :
                Defendants.    :
------------------------------------------------------------ X

VALERIE CAPRONI, District Judge:

      IT IS HEREBY ORDERED that the conference scheduled for March 13, 2020, is

ADJOURNED to **April 3, 2020, at 10:00 a.m.**


**SO ORDERED.**

**Date: March 11, 2020**                    **VALERIE CAPRONI**
       **New York, NY**                       **United States District Judge**