UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
-------------------------------------------------------- X
 RICARDO DOLCINE,                                        :
                                        Plaintiff,       :
                                                         :
            -against-                                    :      17-CV-4835 (VEC)
                                                         :
 RICHARD HANSON, shield no. 20219;                       :      ORDER
 KERIN DONOHUE, shield no. 10307;                        :
 SERGEANT TOMEKA RUFFIN, shield no.                      :
 14421; POLICE OFFICER CHRISTOPHER                       :
 DERENZE; and DOES 1-10;                                 :
                                                         :
                                        Defendants.      :
-------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/13/2020

VALERIE CAPRONI, District Judge:

    IT IS HEREBY ORDERED that the conference scheduled for April 3, 2020, is ADJOURNED to **April 17, 2020, at 10:00 a.m.**

**SO ORDERED.**

Date: **March 13, 2020**
       New York, NY

                                      **VALERIE CAPRONI**
                                  **United States District Judge**