```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
 RICARDO DOLCINE,                                            :
                                          Plaintiff,         :
                                                             :
                   -against-                                 :
                                                             :
 RICHARD HANSON, shield no. 20219;                           :
 KERIN DONOHUE, shield no. 10307;                            :
 SERGEANT TOMEKA RUFFIN, shield no.                          :
 14421; POLICE OFFICER CHRISTOPHER                           :
 DERENZE; and DOES 1-10;                                     :
                                                             :
                                          Defendants.        :
------------------------------------------------------------ X
```

| USDC SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #:_____ |
| DATE FILED: 4/13/2020 |

17-CV-4835 (VEC)

ORDER

VALERIE CAPRONI, District Judge:

WHEREAS discovery in this case is complete as of December 30, 2019 (Dkt. 76);

WHEREAS on January 2, 2020, the Court referred this case to the Magistrate Judge for settlement (Dkt. 77);

WHEREAS on February 27, 2020, the parties wrote to the Court that no settlement was reached and that they wished to schedule a conference to set a briefing schedule for summary judgment (Dkt. 89); and

WHEREAS a conference is scheduled for April 17, 2020 (Dkt. 94);

IT IS HEREBY ORDERED that the parties must submit a joint letter no later than **April 15, 2020**, proposing a schedule for summary judgment motion(s), indicating on which issues the parties intend to move. The parties must also indicate whether they believe a conference is necessary and why. In light of the risks posed by Covid-19, the Court will hold the conference, if it chooses not to cancel it, via telephone.

**SO ORDERED.**

Date: April 13, 2020
New York, NY

_____
**VALERIE CAPRONI**
**United States District Judge**

Page 1 of 1