# Exhibit U

**CONFIDENTIAL**

## DISPOSITION OF CHARGES
PD 468-142A (Rev. 1-06)

| | |
|---|---|
| CASE NO. | 2016-15359 |
| BOOK & PAGE NO. | 1 of 1 |
| PERSONNEL ORDER NO. | |

| SPECIFICATIONS AGAINST | | | COMMAND |
|---|---|---|---|
| RANK/SURNAME | FIRST | M.I. | Housing PSA 9 |
| Police Officer Dolcine, Ricardo | | | |

| SHIELD NO. | TAX REGISTRY NO. | DATE APPOINTED |
|---|---|---|
| 01493 | 948900 | July 6, 2010 |

| RANK/NAME OF COMPLAINANT | COMMAND |
|---|---|
| Inspector Fausto B. Pichardo | 43 Precinct |

| DATE OF CHARGES | DATE TRIAL COMMENCED | DATE TRIAL CONCLUDED |
|---|---|---|
| March 8, 2016 | October 17, 2016 | November 4, 2016 |

**TRIAL COMMISSIONER**
Honorable Jeff S. Adler

| SPECIFICATIONS | DISPOSITION | RECOMMENDED PENALTY<br>PLEA ☐ TRIAL ☑ |
|---|---|---|
| 1. Said Police Officer Ricardo Dolcine, while assigned to the 43rd Precinct, on or about March 4, 2016, while off-duty, in the confines of the 32nd Precinct, was discourteous to on-duty Members of Service in that said Officer was belligerent and yelled expletives at the on-duty Members of Service. | GUILTY | It is recommended that Respondent forfeit 11 days already served on pre-trial suspension. |
| 2. Said Police Officer Ricardo Dolcine, while assigned to the 43rd Precinct, on or about March 4, 2016, while off-duty, in the confines of the 32nd Precinct, did fail and neglect to comply with the direction of on-duty Members of Service relating to a traffic stop. | NOT GUILTY | |

Reviewed by Deputy Commissioner of Trials

_C. Maldonado_ 12/9/16
DEPUTY COMMISSIONER / DATE

Police Commissioner's Approval:
☑ Approved
☐ Disapproved
☐ Other Action (Describe)

_James P. O'Neill_ 3/20/17
POLICE COMMISSIONER / DATE

D 00438