

| | THE CITY OF NEW YORK | |
|---|---|---|
| **JAMES E. JOHNSON**<br>*Corporation Counsel* | **LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | **J. KEVIN SHAFFER**<br>*Assistant Corporation Counsel*<br>Labor & Employment Law Division<br>(212) 356-1105<br>jshaffer@law.nyc.gov |

August 28, 2020

**BY ECF**
Hon. Valerie E. Caproni
United States District Judge
United States District Court
Southern District of New York
40 Foley Square, Room 240
New York, New York 10007

        Re:  Ricardo Dolcine v. Police Officer Richard Hanson, and Police Officer Kerin Donahue
              Docket No. 17 Civ. 4835 (VEC) (JLC)

Dear Judge Caproni:

       I am an Assistant Corporation Counsel in the office of James E. Johnson, Corporation Counsel of the City of New York, attorney for Defendants in the above-referenced action. Pursuant to the Court's Order dated August 27, 2020 (ECF Dkt. No. 111), please see the attached, redlined copies of Defendants' Amended Local Rule 56.1 Statement (ECF Dkt. No. 112) and Defendants' Amended Memorandum of Law in Support of Defendants' Motion for Summary Judgment (ECF Dkt. No. 113). Additionally, please see the attached, corrected version of Exhibit P to the Shaffer Declaration.

                                                    Respectfully submitted,

                                                      */s/ J. Kevin Shaffer*
                                                      J. Kevin Shaffer
                                                      Assistant Corporation Counsel

Encl.

cc:     Elefterakis, Elefterakis & Panek (by ECF)
         *Attorneys for Plaintiff*