**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
RICARDO DOLCINE,

               Plaintiff,               17 **CIVIL** 4835 (VEC)

      -against-                  **JUDGMENT**

POLICE OFFICER RICHARD HANSON and
POLICE OFFICER KERIN DONAHUE,
               Defendants.
-----------------------------------------------------------X

     It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 12, 2021, Plaintiff received all the process he was due, which defeats any stigma-plus claim he may have had. Indeed, the process was not just legally sufficient it achieved Plaintiff's goal of clearing him of the charge that he disobeyed lawful orders. For the foregoing reasons, Defendants motion for summary judgment is GRANTED; accordingly, the case is closed.

**Dated:** New York, New York
          March 15, 2021

                                           **RUBY J. KRAJICK**
                                           **Clerk of Court**
                     **BY:**   K. Mango
                                            **Deputy Clerk**